**WOODALL LAW OFFICES**
580 CALIFORNIA STREET, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFFS, AL SMITH AND
JEFFREY HOURCADE AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AL SMITH AND JEFFREY HOURCADE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> AMERICAN GREETINGS CORPORATION, AN OHIO CORPORATION, <br><br> DEFENDANT. | CASE NO.  14-CV-02577-JST <br><br> STIPULATION TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON |

Plaintiffs Al Smith and Jeffrey Hourcade, on behalf of themselves and the putative class, and Defendant American Greetings Corporation, through their counsel of record, HEREBY STIPULATE that Plaintiffs can file the Second Amended Complaint attached hereto as Exhibit A.  The Parties, through their counsel of record, FURTHER STIPULATE that Defendant shall have thirty-five (35) days to file a responsive pleading to the Second Amended Complaint.

DATE:   OCTOBER 23, 2014                    WOODALL LAW OFFICES


BY:   /S/ KEVIN F. WOODALL
KEVIN F. WOODALL
ATTORNEYS FOR PLAINTIFFS, AL SMITH,
JEFFREY HOURCADE AND ALL SIMILARLY
SITUATED FORMER AND CURRENT
EMPLOYEES

DATE:   OCTOBER 23 , 2014                   LITTLER MENDELSON P.C.
MARGARET HART EDWARDS
ARTHUR M. EIDELHOCH
ANGELA J. RAFOTH


BY:   /S/MARGARET HART EDWARDS
MARGARET HART EDWARDS
ATTORNEYS FOR DEFENDANT, AMERICAN
GREETINGS CORPORATION

## ORDER

For good cause shown, the parties' stipulation is approved.  Specifically, Plaintiffs shall file the attached Second Amended Complaint by November 5, 2014.  Defendant shall have thirty-five (35) days from the filing of the Second Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

Dated: November 6, 2013

IT IS SO ORDERED
AS MODIFIED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION; ORDER THEREON