**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFFS, AL SMITH AND
JEFFREY HOURCADE AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AL SMITH AND JEFFREY HOURCADE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> AMERICAN GREETINGS CORPORATION, AN OHIO CORPORATION, <br><br> DEFENDANT. | CASE NO. 14-CV-02577-JST <br><br> STIPULATION TO EXCEED PAGE LIMIT FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

STIPULATION; ORDER THEREON

1  WHEREAS, Plaintiffs would like to have 29 pages for their Memorandum of
2  Points and Authorities to fully brief the Motion for Preliminary Approval of the Class
3  Action Settlement;

4  IT IS HEREBY STIPULATED by Plaintiffs Al Smith and Jeffrey Hourcade, on
5  behalf of themselves and the putative class, and Defendant American Greetings
6  Corporation, through their counsel of record, that the page limit for the Memorandum of
7  Points and Authorities in Support of the Motion for Preliminary Approval of Class
8  Action Settlement shall be 29 pages.

9  DATE:   MARCH 26, 2015                    WOODALL LAW OFFICES

BY:   /S/ KEVIN F. WOODALL
KEVIN F. WOODALL
ATTORNEYS FOR PLAINTIFFS, AL SMITH,
JEFFREY HOURCADE AND ALL SIMILARLY
SITUATED FORMER AND CURRENT
EMPLOYEES

DATE:   MARCH 26, 2015                    LITTLER MENDELSON P.C.
ARTHUR M. EIDELHOCH
ANGELA J. RAFOTH

BY:   /S/ARTHUR M. EIDELHOCH
ARTHUR M. EIDELHOCH
ATTORNEYS FOR DEFENDANT, AMERICAN
GREETINGS CORPORATION

## ORDER

For good cause shown, the parties' stipulation is approved.  The page limit for the Memorandum of Points and Authorities in Support of Preliminary Approval of Class Action Settlement shall be 29 pages.

IT IS SO ORDERED.

Dated:_____

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE