UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL SMITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN GREETINGS CORPORATION,<br><br>    Defendant. | Case No.  14-cv-02577-JST<br><br>**ORDER DENYING STIPULATION TO FILE THIRD AMENDED COMPLAINT WITHOUT PREJUDICE**<br><br>Re: ECF No. 34 |

On March 27, 2015, the parties to this action filed a stipulated request to file a third amended complaint. ECF No. 34. In the stipulation, the parties explained that the third amended complaint would "allege further exhaustion of PAGA notice requirements," "limit the Fair Labor Standards Act collective action to California employees," and provide "additional facts and allegations." Id. The parties submitted a proposed third amended complaint to the Court in conjunction with the stipulation. Id., Ex. A.

The Court hereby denies the parties' stipulation without prejudice. If the parties wish to file a third amended complaint, they shall file with the Court within seven days of the date of this order a renewed stipulation that includes a redlined version of the former complaint or some other form of document that reflects the "additional facts and allegations" that are contained in the third amended complaint—i.e., the differences between the second amended complaint and the third

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1   amended complaint.  Upon the parties' submission of such a document, the Court will consider
2   whether to grant the proposed stipulation.
3       IT IS SO ORDERED.
4   Dated:  April 1, 2015



                JON S. TIGAR
            United States District Judge