UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL SMITH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN GREETINGS CORPORATION,<br><br>　　　　　Defendant. | Case No.  14-cv-02577-JST<br><br>**ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: ECF Nos. 35, 40, 42 |

　　　　Before the Court is Plaintiffs' unopposed motion for preliminary approval of the settlement and for certification of the settlement class.  ECF No. 35.  The matter came on for hearing on April 30, 2015.  As stated at the hearing, the parties have agreed to make the following changes to their settlement agreement, and resubmit it for approval:

　　　　<u>Cy pres</u>:  The agreement will be amended to provide that all funds will be distributed to participating class members, with the exception of funds allocated to, but not used for, settlement administration.  Only this last category will be distributed to a cy pres recipient.

　　　　<u>Supplemental Notice</u>:  Having re-reviewed the notice provisions of the settlement agreement, the Court withdraws its comments at the hearing regarding the providing of supplemental notice to class members.  The parties are not required to take further steps with regard to this item.  This order supersedes Paragraph Two of the minutes from the April 30 hearing.

　　　　<u>Form of Notice</u>:  the parties will make the following alterations in the form of notice:

1.　　At question 14 on the proposed notice form, ECF No. 42, Ex. 1 at 6, the parties shall add the statement, "Class Counsel can provide additional information or answer questions you may have with regard to this settlement."  This statement shall be included in the textual paragraph under question 14 before the sentence that begins "If you want to be represented by your own lawyer . . . ."

2.　　In the text under question 22 of the proposed notice form, ECF No. 42, Ex. 1 at 8,

      the parties shall add language to the paragraph after the phrase, "or by going in person to . . . ." The full phrase shall read "or by going in person to the office of the Clerk of the Court at any of the locations of the District Court for the Northern District of California [website], between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays." See Procedural Guidance for Class Action Settlements, available at http://www.cand.uscourts.gov/ClassActionSettlementGuidance (providing sample language).

3. The envelopes in which class members' notice packets are mailed "should be designed to enhance the chance that [they] will be opened." Id. Examples of envelopes that meet this requirement are available at the Federal Judicial Center website, www.fjc.gov, and specifically at http://www.fjc.gov/public/pdf.nsf/lookup/ClaAct03.pdf/$file/ClaAct03.pdf.[1]

Opt-Out Procedures: The parties will also make the following revisions to their suggested opt-out procedures:

1. Class members who wish to exclude themselves from the settlement need not provide their telephone numbers to Simpluris to do so. The language at question 12 of the proposed notice form, ECF No. 42, Ex. 1 at 5, 7, should be adjusted accordingly.

2. Class members who wish to object to the settlement shall only be required to send their objections to the Clerk of this Court. See Procedural Guidance for Class Action Settlements, available at http://www.cand.uscourts.gov/ClassActionSettlementGuidance. "All objections will be scanned into the electronic case docket and the parties will receive electronic notices of filing." Id.

3. The parties shall add a statement to the text under question 16 of the proposed notice form, ECF No. 42, Ex. 1 at 7, that instructs class members that the Court is unable to modify the settlement; the Court only has the power to approve or deny it. Sample language for this statement is available at http://www.cand.uscourts.gov/ClassActionSettlementGuidance.

4. In the text under question 16 of the proposed notice form, ECF No. 42, Ex. 1 at 7, the parties shall remove the following language: "if, but only if, you state in your objection (or separately timely file and send to the Settlement Administrator) a Notice of Intention to Appear at the Final Approval Fairness Hearing." The sentence from which that language is excised shall read, in its entirety, "If you make a timely objection, you may appear and be heard at the Final Approval Fairness Hearing, either in person or through an attorney of your choice (at your expense)." No class member shall be required to notify the parties or the Court that they will appear at the final fairness hearing. For the same reason, the text under question 20 of the proposed notice form, ECF No. 42, Ex. 1 at 8, shall be modified to read only: "If you object to the Settlement, you or your lawyer may speak in Court in support of that objection." All other language shall be omitted.

/ / /

---

[1] The referenced page illustrates an envelope for a securities case, but the principles are easy to apply in other contexts.

The parties will submit a revised settlement agreement by May 22, 2015.

IT IS SO ORDERED.

Dated: May 1, 2015

_____
JON S. TIGAR
United States District Judge