**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFFS, AL SMITH AND JEFFREY HOURCADE AND THE SETTLEMENT CLASS

**LITTLER MENDELSON P.C.**
650 CALIFORNIA STREET, 20TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE: (415) 433-1940
FACSIMILE: (415) 399-8490
MHEDWARDS@LITTLER.COM
AEIDELHOCH@LITTLER.COM

ARTHUR M. EIDELHOCH, BAR NO. 168096
ANGELA J. RAFOTH, BAR NO. 241966

ATTORNEYS FOR DEFENDANT, AMERICAN GREETINGS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AL SMITH AND JEFFREY HOURCADE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>v.<br><br>AMERICAN GREETINGS CORPORATION, AN OHIO CORPORATION,<br><br>DEFENDANT. | CASE NO. 14-CV-02577-JST<br><br>**[PROPOSED]** ORDER SETTING SUPPLEMENTAL NOTICE TO CERTAIN CLASS MEMBERS |

---

[PROPOSED] ORDER SETTING SUPPLEMENTAL NOTICE TO CERTAIN CLASS MEMBERS

1     The parties submitted a Case Management Conference Statement informing the
2  Court that after the Settlement Administrator mailed Class Notices and Claim Forms to
3  Class members on August 25, 2015, Defendant American Greetings Corporation received
4  correspondence from a current employee, which stated the number of days worked on her
5  Claim Form was significantly different than what she believed she actually worked.  As
6  the number of days worked by a Class member determines how much that individual will
7  receive in settlement monies pursuant to the settlement, Defendant conducted an
8  investigation.

9     During its investigation, Defendant determined that a small group of Class
10 members (approximately 47) relative to the class size (approximately 3,700) who worked
11 as Territory Leads and Revision Leads did not use AG Connect, American Greetings'
12 internal time tracking system, to log their days and hours worked during a portion of the
13 Class Period (June 4, 2010 until October 6, 2014), unlike other Class members.  As
14 Defendant calculated the number of days worked during the settlement period by
15 referring to AG Connect, the number of days worked by the 47 Territory Leads and
16 Revision Leads was incorrect.  This resulted in 30 of the 47 Class members receiving
17 Claim Forms that list the incorrect number of days worked and estimated settlement
18 payments pursuant to the settlement, while the other 17 did not receive the Class Notice
19 or Claim Form.

20    The parties propose that this discrepancy can be resolved by (a) providing correct
21 notice to the 17 Class members who have not received a Notice Packet, (b) providing a
22 corrected Claim Form, Class Notice and cover letter to that portion of the 30 Class
23 members who received a Notice Packet but have not yet submitted a Claim Form, and (c)
24 informing the Settlement Administrator of the correct days worked and settlement
25 payment for that portion of the 30 Class members who received a Notice Packet and have
26 already submitted a Claim Form.

For good cause shown, the Court Orders as follows:

(1) with respect to the 17 Class members who were not previously identified as Class members and did not receive any Class Notice, they shall be sent a Class Notice and Claim Form listing the correct number of days worked and have 45 days from the mailing to submit the Claim Form, object or opt-out of the settlement.  Notice shall be mailed by September 25, 2015;

(2) with respect to that portion of the 30 Class members who already were sent Claim Forms with the incorrect number of days worked and estimated settlement payment amounts and <u>have not submitted a Claim Form</u>, they shall be sent a corrected Claim Form, another copy of the Class Notice and a cover letter that states, in substance: "The Claim Form previously provided to you did not include the correct number of days worked or estimated settlement payment that you can expect to receive as part of the Class Action Settlement.  Enclosed please find a Claim Form, which includes the corrected number of days worked, based on American Greetings' records, and estimated settlement payment."  This group shall have 45 days to submit the Claim Form, object or opt-out of the settlement.  Notice shall be mailed by September 25, 2015;

(3) with respect to that portion of the 30 Class members who received and <u>already returned Claim Forms</u> with the incorrect number of days worked and estimated settlement payment amounts, the Settlement Administrator shall adjust the days worked and settlement payments to the correct higher figures; and

(4) because the other Class members will not be impacted in any material way, no action will be taken with respect to them.

IT IS SO ORDERED.

Dated: September 15, 2015

_____
HON. JON S. TIGAR

3
[PROPOSED] ORDER SETTING SUPPLEMENTAL NOTICE TO CERTAIN CLASS MEMBERS