UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AL SMITH, et al.,

    Plaintiffs,

v.

AMERICAN GREETINGS CORPORATION,

    Defendant.

Case No. 14-cv-02577-JST

**ORDER REOPENING CASE**

On January 29, 2016, the Court granted the motion for final approval in the above-captioned case and directed the Clerk to close the file. See ECF No. 77. On February 8, 2016, the Court vacated the Order so that Defendant could comply with the notice requirements of 28 U.S.C. § 1715(b). See ECF No. 79. The Court also scheduled a Case Management Conference for May 25, 2016 at 2:00 p.m. to discuss compliance with the notice requirement. Id.

In light of the foregoing, the Clerk is directed to reopen this case.

IT IS SO ORDERED.

Dated: February 10, 2016

                                    JON S. TIGAR
                          United States District Judge